# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-CV-00472-JAO-RT |
| CASE NAME: | Trendtex Fabrics Ltd. *et al.* v. Black Pearls of Polynesia *et al.* |
| ATTYS FOR PLTF: | Leonard DuBoff *(Pro Hac Vice)* <br> Leo Shimizu |
| ATTY FOR DEFT: | Michael Green <br> Peter C. Hsieh |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record / ZOOM (SEALED) |
| DATE: | 5/22/2024 | TIME: <br> No Record: <br> ZOOM (SEALED) | <br> 10:05 AM – 12:05 PM <br> 12:05 PM – 12:20 PM |

COURT ACTION: EP:   CONFIDENTIAL SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD held on 5/22/2024

Others Present:

Dwight Hamai, Representative for Trendtex Fabrics
Taylor Hamai, Representative for Trendtex Fabrics
Steeve Althlan, Representative for Black Pearls of Polynesia
Franny Hurd, Paralegal with Leonard DuBoff

**CONFIDENTIAL SETTLEMENT CONFERENCE (No Record:  10:05 AM – 12:05 PM):**

Discussion had. Court extends mediator's proposal.  Settlement reached.

**SETTLEMENT ON RECORD (ZOOM (SEALED) Recorded:  12:05 PM – 12:20 PM):**

Court recited the **material and essential** terms of the settlement.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms as cited by the Court and further clarified.

Court finds the essential terms of a **valid and binding settlement agreement** have been set forth in the record of this proceeding.

Settlement **terms** to remain **confidential**.  The audio **record** and/or transcript of this hearing shall be sealed.  Counsel and the parties, however, shall be permitted access without further court order.

**Stipulated Dismissal With Prejudice** due by **7/1/2024** and to be submitted to Otake_Orders@hid.uscourts.gov, with courtesy copy to Trader_Orders@hid.uscourts.gov.

**Trial date and all deadlines are VACATED.**

To monitor status of the stipulation to dismiss, the Court sets a Telephone Conference for **7/25/2024 at 8:30 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).
Meeting ID:      161 5641 6035.

Should the stipulation to dismiss be filed prior, the Court will automatically vacate the 7/25/2024 Telephone Conference.

*Submitted by: Jocelyn Orosz, Courtroom Manager*