Leonard D. DuBoff, *Pro Hac Vice*
The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Fax: (503) 868-7228
Email: lduboff@dubofflaw.com

Leo Y. Shimizu            010978
Go Law Office LLLC
1441 Kapiolani Blvd. Ste. 910
Honolulu, HI 96814
Telephone: (808) 679-2049
Facsimile: (808) 425-4717
Email: leo@golaw-hi.com

Attorneys for Plaintiffs
TRENDTEX FABRICS, LTD and
TRENDTEX HOLDING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD., a Hawaii corporation; and TRENDTEX HOLDING, LLC, a Hawaii limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLACK PEARLS OF POLYNESIA, LLC, a Hawaii limited liability company, and STEEVE ATHLAN, an individual.<br><br>    Defendants. | Case No. 1:22-cv-00472 JAO-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS IN THE COMPLAINT [DKT. 1], FIRST AMENDED COMPLAINT [DKT. 16], AND SECOND AMENDED COMPLAINT [DKT. 63] |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS IN THE COMPLAINT [DKT. 1], FIRST AMENDED COMPLAINT [DKT. 16], AND SECOND AMENDED COMPLAINT [DKT. 63]

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and LR41.1 of the Rules of the United States District Court for the District of Hawaii, Plaintiffs TRENDTEX FABRICS, LTD., and TRENDTEX HOLDING, LLC, ("Plaintiffs") and Defendants BLACK PEARLS OF POLYNESIA, LLC, a Hawaii limited liability company, and STEEVE ATHLAN, an individual ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that all of Plaintiffs' claims in the Complaint [Dkt. 1], First Amended Complaint [Dkt. 16], and Second Amended Complaint [Dkt. 63]. are hereby dismissed with prejudice.

The parties shall each bear their own attorney's fees and costs.

All parties who have appeared in this action have signed this stipulation.

There are no pending motions, no remaining parties, and no remaining claims.

Trial in this matter was set for September 16, 2024.

///

///

///

///

///

DATED: Honolulu, Hawaii, July 8, 2024.

/s/ Leo Y. Shimizu
LEONARD D. DUBOFF
LEO Y. SHIMIZU

Attorneys for Plaintiffs
TRENDTEX FABRICS, LTD., and
TRENDTEX HOLDING, LLC


/s/ Peter C. Hsieh
MICHAEL JAY GREEN
PETER C. HSIEH

Attorneys for Defendants
BLACK PEARLS OF POLYNESIA, LLC
and STEEVE ATHLAN


APPROVED AS TO FORM:
Dated: July 8, 2024, Honolulu, Hawaiʻi.

Jill A. Otake
United States District Judge

---

*Trendtex Fabrics, Ltd., et al. vs. Black Pearls Of Polynesia, LLC, et al.*; Civil No. 22-00472 JAO-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS IN THE COMPLAINT [DKT. 1], FIRST AMENDED COMPLAINT [DKT. 16], AND SECOND AMENDED COMPLAINT [DKT. 63]

3